```
QCGL960                                                         BUDGET ANALYSIS REPORT                                                      PAGE    1
02                                                                        02                                                          SYSTEM DATE: 01/20/2011
CTL                                                              MWM CARVER TERRACE LLC                                                SELECT DATE: 01/20/2011
                                                                         As of                                                                      14:56:58
Cur. Period: 01/11                                                    JANUARY 2011                                                     PROJECT SQ FT        0
Sel. Period: 01/11                                                                                                                     PROJECT UNITS        0
```

| ACCOUNT | DESCRIPTION | ANNUAL | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | $/SQFT | $/UNIT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4000 | INCOME | | | | | | | | | | | | | | | |
| 4001-CT | RENT POTENTIAL-CT | 3,791,700 | 315,975 | 315,975 | 315,975 | 315,975 | 315,975 | 315,975 | 315,975 | 315,975 | 315,975 | 315,975 | 315,975 | 315,975 | 0.00 | 0 |
| 4003-CT | LESS VACANCY-CT | 1,137,600- | 94,800- | 94,800- | 94,800- | 94,800- | 94,800- | 94,800- | 94,800- | 94,800- | 94,800- | 94,800- | 94,800- | 94,800- | 0.00 | 0 |
| 4004-CT | LOSS/GAIN TO LEASE-CT | 224,400- | 18,700- | 18,700- | 18,700- | 18,700- | 18,700- | 18,700- | 18,700- | 18,700- | 18,700- | 18,700- | 18,700- | 18,700- | 0.00 | 0 |
| 4005-CT | LESS MGT. USE-CT | 44,400- | 3,700- | 3,700- | 3,700- | 3,700- | 3,700- | 3,700- | 3,700- | 3,700- | 3,700- | 3,700- | 3,700- | 3,700- | 0.00 | 0 |
| 4008 | | | | | | | | | | | | | | | | |
| 4009 | NET RENT COLLECTED | 2,385,300 | 198,775 | 198,775 | 198,775 | 198,775 | 198,775 | 198,775 | 198,775 | 198,775 | 198,775 | 198,775 | 198,775 | 198,775 | 0.00 | 0 |
| 4020-CT | AIR CONDITIONER FEES | 22,500 | 0 | 0 | 0 | 0 | 0 | 5,625 | 5,625 | 5,625 | 5,625 | 0 | 0 | 0 | 0.00 | 0 |
| 4040-CT | FORFEITED MOVE OUT CHARGES | 13,500 | 1,125 | 1,125 | 1,125 | 1,125 | 1,125 | 1,125 | 1,125 | 1,125 | 1,125 | 1,125 | 1,125 | 1,125 | 0.00 | 0 |
| 4050-CT | LATE CHARGES | 38,000 | 3,167 | 3,167 | 3,167 | 3,167 | 3,167 | 3,167 | 3,167 | 3,167 | 3,167 | 3,167 | 3,167 | 3,167 | 0.00 | 0 |
| 4060-CT | RETURNED CHECK S/C | 500 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 0.00 | 0 |
| 4070-CT | TRANSFER FEES | 1,000 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 0.00 | 0 |
| 4110-CT | APPLICATION FEES - CT | 10,500 | 875 | 875 | 875 | 875 | 875 | 875 | 875 | 875 | 875 | 875 | 875 | 875 | 0.00 | 0 |
| 4120 | INTEREST INCOME-MONEY MARKET | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 | 0 |
| 4140 | INTEREST INCOME CITI ESCROW | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 | 0 |
| 4210-CT | FORFEITED DEPOSITS - CT | 1,000 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 0.00 | 0 |
| 4999 | TOTAL INCOME | 2,472,300 | 204,150 | 204,150 | 204,150 | 204,150 | 204,150 | 209,775 | 209,775 | 209,775 | 209,775 | 204,150 | 204,150 | 204,150 | 0.00 | 0 |
| 5000 | EXPENSES | | | | | | | | | | | | | | | |
| 5160-CT | COLLECTION COSTS | 500 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 0.00 | 0 |
| 5180-CT | COURT COSTS & LEGAL-NET | 15,000 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 0.00 | 0 |
| 5200-CT | EVICTIONS-NET | 6,000 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 0.00 | 0 |
| 5250-CT | TENANT DAMAGES-CT | 500 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 0.00 | 0 |
| 5290-CT | TENANT REFERRALS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 | 0 |
| 5298 | | | | | | | | | | | | | | | | |
| 5299 | TOTAL ADMIN EXPENSES | 22,000 | 1,833 | 1,833 | 1,833 | 1,833 | 1,833 | 1,833 | 1,833 | 1,833 | 1,833 | 1,833 | 1,833 | 1,833 | 0.00 | 0 |
| 5299-MWM-200 | PAYROLL TAXES | 13,500 | 1,125 | 1,125 | 1,125 | 1,125 | 1,125 | 1,125 | 1,125 | 1,125 | 1,125 | 1,125 | 1,125 | 1,125 | 0.00 | 0 |
| 5320-CT | SALARIES & WAGES-MAINT OFF | 81,000 | 6,750 | 6,750 | 6,750 | 6,750 | 6,750 | 6,750 | 6,750 | 6,750 | 6,750 | 6,750 | 6,750 | 6,750 | 0.00 | 0 |
| 5330-CT | SICK LEAVE: MAINT. OFFICE | 4,000 | 333 | 333 | 333 | 333 | 333 | 333 | 333 | 333 | 333 | 333 | 333 | 333 | 0.00 | 0 |
| 5348 | | | | | | | | | | | | | | | | |
| 5349 | TOTAL PAYROLL EXPENSES | 98,500 | 8,208 | 8,208 | 8,208 | 8,208 | 8,208 | 8,208 | 8,208 | 8,208 | 8,208 | 8,208 | 8,208 | 8,208 | 0.00 | 0 |
| 5400 | REPAIRS AND MAINTENANCE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 | 0 |
| 5400-CT | REPAIRS-APPLIANCES | 14,500 | 1,208 | 1,208 | 1,208 | 1,208 | 1,208 | 1,208 | 1,208 | 1,208 | 1,208 | 1,208 | 1,208 | 1,208 | 0.00 | 0 |
| 5410-CT | REPAIRS-CARPENTRY & HDWRE | 40,000 | 3,333 | 3,333 | 3,333 | 3,333 | 3,333 | 3,333 | 3,333 | 3,333 | 3,333 | 3,333 | 3,333 | 3,333 | 0.00 | 0 |
| 5430-CT | REPAIRS-ELECTRICAL | 9,500 | 792 | 792 | 792 | 792 | 792 | 792 | 792 | 792 | 792 | 792 | 792 | 792 | 0.00 | 0 |
| 5470-CT | REPAIRS-UTILI-glass/tile/etc | 10,000 | 833 | 833 | 833 | 833 | 833 | 833 | 833 | 833 | 833 | 833 | 833 | 833 | 0.00 | 0 |
| 5480-CT | REPAIRS-PAINTING | 19,000 | 1,583 | 1,583 | 1,583 | 1,583 | 1,583 | 1,583 | 1,583 | 1,583 | 1,583 | 1,583 | 1,583 | 1,583 | 0.00 | 0 |
| 5490-CT | REPAIRS-PLASTERING & DRYWALL | 1,500 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 0.00 | 0 |
| 5500-CT | REPAIRS-PLUMBING | 90,000 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 0.00 | 0 |
| 5520-CT | REPAIRS-SNOW REMOVAL | 1,000 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 0.00 | 0 |
| 5599 | TOTAL REPAIRS - IN HOUSE | 185,500 | 15,458 | 15,458 | 15,458 | 15,458 | 15,458 | 15,458 | 15,458 | 15,458 | 15,458 | 15,458 | 15,458 | 15,458 | 0.00 | 0 |

```
QCGL960                                                                                                      PAGE      2
02                                        BUDGET ANALYSIS REPORT
CTL                                               02                                                  SYSTEM DATE: 01/20/2011
                                         MWM CARVER TERRACE LLC                                       SELECT DATE: 01/20/2011
                                                 As of                                                              14:56:58
Cur. Period: 01/11                           JANUARY 2011                                             PROJECT SQ FT        0
Sel. Period: 01/11                                                                                    PROJECT UNITS        0
```

| ACCOUNT | DESCRIPTION | ANNUAL | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | $/SQFT | $/UNIT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5600-CT | CONT REP-CARPENTRY & HDWRE | 4,000 | 333 | 333 | 333 | 333 | 333 | 333 | 333 | 333 | 333 | 333 | 333 | 333 | 0.00 | 0 |
| 5610-CT | CONT REP-CLEANING | 5,500 | 458 | 458 | 458 | 458 | 458 | 458 | 458 | 458 | 458 | 458 | 458 | 458 | 0.00 | 0 |
| 5620-CT | CONT REP-CONCRETE | 4,000 | 333 | 333 | 333 | 333 | 333 | 333 | 333 | 333 | 333 | 333 | 333 | 333 | 0.00 | 0 |
| 5630-CT | CONT REP-ELECTRICAL | 25,000 | 2,083 | 2,083 | 2,083 | 2,083 | 2,083 | 2,083 | 2,083 | 2,083 | 2,083 | 2,083 | 2,083 | 2,083 | 0.00 | 0 |
| 5632-CT | CONT REP-EXTERMINATING | 10,000 | 833 | 833 | 833 | 833 | 833 | 833 | 833 | 833 | 833 | 833 | 833 | 833 | 0.00 | 0 |
| 5635-CT | CONT REP-FENCES | 2,000 | 167 | 167 | 167 | 167 | 167 | 167 | 167 | 167 | 167 | 167 | 167 | 167 | 0.00 | 0 |
| 5640-CT | CONT REP-FLOORS & TILE | 15,000 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 0.00 | 0 |
| 5645-CT | CONT REP-CARPET | 30,000 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 0.00 | 0 |
| 5650-CT | CONT REP-GROUNDS | 15,000 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 0.00 | 0 |
| 5660-CT | CONT REP-HEATING | 3,600 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 0.00 | 0 |
| 5670-CT | CONT REP-MISCELLANEOUS | 200 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 0.00 | 0 |
| 5675-CT | CONT REP-GLAZING TUBS | 14,000 | 1,167 | 1,167 | 1,167 | 1,167 | 1,167 | 1,167 | 1,167 | 1,167 | 1,167 | 1,167 | 1,167 | 1,167 | 0.00 | 0 |
| 5680-CT | CONT REP-PAINTING | 40,000 | 3,333 | 3,333 | 3,333 | 3,333 | 3,333 | 3,333 | 3,333 | 3,333 | 3,333 | 3,333 | 3,333 | 3,333 | 0.00 | 0 |
| 5685-CT | CONT REP-FLOOR MAINTENANCE | 500 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 0.00 | 0 |
| 5690-CT | CONT REP-PLASTERING | 10,000 | 833 | 833 | 833 | 833 | 833 | 833 | 833 | 833 | 833 | 833 | 833 | 833 | 0.00 | 0 |
| 5710-CT | CONT REP-ROOFING | 2,000 | 167 | 167 | 167 | 167 | 167 | 167 | 167 | 167 | 167 | 167 | 167 | 167 | 0.00 | 0 |
| 5720-CT | CONT SERV-SNOW REMOVAL | 3,500 | 292 | 292 | 292 | 292 | 292 | 292 | 292 | 292 | 292 | 292 | 292 | 292 | 0.00 | 0 |
| 5730-CT | CONT SERV-BULK TRASH REMOVAL | 7,000 | 583 | 583 | 583 | 583 | 583 | 583 | 583 | 583 | 583 | 583 | 583 | 583 | 0.00 | 0 |
| 5731-CT | CONT SERV-HALLS/GROUND TRASH | 50,000 | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | 0.00 | 0 |
| 5732-CT | CONT SERV-MOVE-OUT TRASH | 10,000 | 833 | 833 | 833 | 833 | 833 | 833 | 833 | 833 | 833 | 833 | 833 | 833 | 0.00 | 0 |
| 5733-CT | CONT SERV-ROLL-OFF TRASH | 12,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 0.00 | 0 |
| 5734-CT | CONT SERV-TRASH DUMPSTERS | 65,000 | 5,417 | 5,417 | 5,417 | 5,417 | 5,417 | 5,417 | 5,417 | 5,417 | 5,417 | 5,417 | 5,417 | 5,417 | 0.00 | 0 |
| 5798 | | | | | | | | | | | | | | | | |
| 5799 | TOTAL REPAIRS - CONTRACTOR | 328,300 | 27,358 | 27,358 | 27,358 | 27,358 | 27,358 | 27,358 | 27,358 | 27,358 | 27,358 | 27,358 | 27,358 | 27,358 | 0.00 | 0 |
| 5810-CT | TRUCK FUEL EXPENSE | 7,500 | 625 | 625 | 625 | 625 | 625 | 625 | 625 | 625 | 625 | 625 | 625 | 625 | 0.00 | 0 |
| 5820-CT | TRUCK REPAIR EXPENSE | 1,500 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 0.00 | 0 |
| 5830-CT | TRUCKS:REGISTRATION/TAGS EXP | 350 | 140 | 0 | 210 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 | 0 |
| 5930-CT | SHOP OVERHEAD | 3,000 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 0.00 | 0 |
| 5999 | TOTAL SHOP OVERHEAD | 12,350 | 1,140 | 1,000 | 1,210 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 0.00 | 0 |
| 6040 | REAL ESTATE TAXES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 | 0 |
| 6040-CT | REAL ESTATE TAXES | 157,698 | 13,141 | 13,141 | 13,141 | 13,141 | 13,141 | 13,141 | 13,141 | 13,141 | 13,141 | 13,141 | 13,141 | 13,141 | 0.00 | 0 |
| 6060-CT | LICENSES & PERMITS | 500 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 0.00 | 0 |
| 6114-CT | CITI MORT PRINCIPAL EXPENSE | 223,187 | 18,599 | 18,599 | 18,599 | 18,599 | 18,599 | 18,599 | 18,599 | 18,599 | 18,599 | 18,599 | 18,599 | 18,599 | 0.00 | 0 |
| 6115-CT | CITI MORTG INTEREST EXPENSE | 495,888 | 41,324 | 41,324 | 41,324 | 41,324 | 41,324 | 41,324 | 41,324 | 41,324 | 41,324 | 41,324 | 41,324 | 41,324 | 0.00 | 0 |
| 6130-CT | SECURITY INTEREST EXPENSE | 600 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 50 | 0.00 | 0 |
| 6160-CT | INSURANCE-AUTO & TRUCK | 4,500 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 375 | 0.00 | 0 |
| 6170-CT | INSURANCE-GROUP HEALTH | 2,900 | 242 | 242 | 242 | 242 | 242 | 242 | 242 | 242 | 242 | 242 | 242 | 242 | 0.00 | 0 |
| 6180-CT | INSURANCE-HAZARD & LIABILITY | 125,000 | 10,417 | 10,417 | 10,417 | 10,417 | 10,417 | 10,417 | 10,417 | 10,417 | 10,417 | 10,417 | 10,417 | 10,417 | 0.00 | 0 |
| 6199 | TOTAL TAXES/INS/FIN EXPENSE | 1,010,273 | 84,189 | 84,189 | 84,189 | 84,189 | 84,189 | 84,189 | 84,189 | 84,189 | 84,189 | 84,189 | 84,189 | 84,189 | 0.00 | 0 |
| 6210-CT | UTILITIES-ELECTRICITY | 293,000 | 19,000 | 17,000 | 15,000 | 17,000 | 17,000 | 31,000 | 38,000 | 38,000 | 36,000 | 24,000 | 21,000 | 20,000 | 0.00 | 0 |
| 6220-CT | UTILITIES-GAS | 57,000 | 9,000 | 9,000 | 7,000 | 5,000 | 4,000 | 3,800 | 2,600 | 2,000 | 2,000 | 2,400 | 3,500 | 6,700 | 0.00 | 0 |
| 6230-CT | UTILITIES-FUEL OIL | 292,000 | 45,000 | 45,000 | 55,000 | 37,000 | 11,000 | 11,000 | 1,500 | 1,500 | 25,000 | 15,000 | 15,000 | 30,000 | 0.00 | 0 |
| 6240-CT | UTILITIES-WATER & SEWER | 234,000 | 21,000 | 18,000 | 20,000 | 17,000 | 18,000 | 20,000 | 21,000 | 19,000 | 20,000 | 19,000 | 20,000 | 21,000 | 0.00 | 0 |
| 6299 | TOTAL UTILITIES | 876,000 | 94,000 | 89,000 | 97,000 | 76,000 | 50,000 | 65,800 | 63,100 | 60,500 | 83,000 | 60,400 | 59,500 | 77,700 | 0.00 | 0 |

```
QCGL960                                                                                                                                              PAGE    3
02                                              BUDGET ANALYSIS REPORT
CTL                                                      02                                                                                SYSTEM DATE: 01/20/2011
                                                 MWM CARVER TERRACE LLC                                                                    SELECT DATE: 01/20/2011
Cur. Period: 01/11                                      As of                                                                                          14:56:58
Sel. Period: 01/11                                   JANUARY 2011
                                                                                                                                       PROJECT SQ FT           0
                                                                                                                                       PROJECT UNITS          0
```

| ACCOUNT | DESCRIPTION | ANNUAL | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | $/SQFT | $/UNIT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6300 | BANK SERVICE CHARGES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| 6300-MWM | OFFICE-BANK SERVICE CHARGE | 500 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 0.00 | 0 |
| 6310-MWM | OFFICE-CHARITABLE CONTRIB. | 300 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 25 | 0.00 | 0 |
| 6315-MWM | OFFICE-ADVERTISING EXPENSE | 900 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 75 | 0.00 | 0 |
| 6320-MWM | OFFICE-CLEANING | 500 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 0.00 | 0 |
| 6340-MWM | OFFICE-DUES & SUBSCRIPTIONS | 1,000 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 83 | 0.00 | 0 |
| 6360-MWM | OFFICE-ENT. & PROMOTION | 500 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 42 | 0.00 | 0 |
| 6370-MWM | OFFICE-EQUIPMENT RENTAL | 2,500 | 208 | 208 | 208 | 208 | 208 | 208 | 208 | 208 | 208 | 208 | 208 | 208 | 0.00 | 0 |
| 6371-MWM | OFFICE-EQUIPMENT SERV.CONTR. | 2,500 | 208 | 208 | 208 | 208 | 208 | 208 | 208 | 208 | 208 | 208 | 208 | 208 | 0.00 | 0 |
| 6372-MWM | OFFICE-FLOWERS,CONDOL.,ETC | 100 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 0.00 | 0 |
| 6375-MWM | OFFICE-REPAIRS & SERVICES | 400 | 33 | 33 | 33 | 33 | 33 | 33 | 33 | 33 | 33 | 33 | 33 | 33 | 0.00 | 0 |
| 6380-MWM | OFFICE-INS. LIAB & HAZZARD | 500 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 500 | 0.00 | 0 |
| 6390-MWM | OFFICE-INS. GROUP HEALTH | 10,500 | 875 | 875 | 875 | 875 | 875 | 875 | 875 | 875 | 875 | 875 | 875 | 875 | 0.00 | 0 |
| 6400-MWM | OFFICE-LEGAL & PROFESSIONAL | 50,000 | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | 4,167 | 0.00 | 0 |
| 6401-MWM | OFFICE-COMPUTER CONSULTATION | 7,000 | 583 | 583 | 583 | 583 | 583 | 583 | 583 | 583 | 583 | 583 | 583 | 583 | 0.00 | 0 |
| 6402-MWM | OFFICE-TAX SERVICE | 1,600 | 133 | 133 | 133 | 133 | 133 | 133 | 133 | 133 | 133 | 133 | 133 | 133 | 0.00 | 0 |
| 6405-MWM | OFFICE-CREDIT CHECKS | 7,500 | 625 | 625 | 625 | 625 | 625 | 625 | 625 | 625 | 625 | 625 | 625 | 625 | 0.00 | 0 |
| 6410-MWM | OFFICE-LOCAL TRANS & PARKING | 100 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 0.00 | 0 |
| 6420-MWM | OFFICE-LUNCH ROOM COSTS | 3,000 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 0.00 | 0 |
| 6430-MWM | OFFICE-MISCELLANEOUS (ADMIN) | 400 | 33 | 33 | 33 | 33 | 33 | 33 | 33 | 33 | 33 | 33 | 33 | 33 | 0.00 | 0 |
| 6445-MWM | OFFICE-W/COMP.INS. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 | 0 |
| 6450-MWM | OFFICE-POSTAGE & MAILING | 1,600 | 133 | 133 | 133 | 133 | 133 | 133 | 133 | 133 | 133 | 133 | 133 | 133 | 0.00 | 0 |
| 6485-MWM | OFFICE-SUPPLIES | 3,000 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 0.00 | 0 |
| 6500-MWM | OFFICE-TRAVEL (BUSINESS) | 1,300 | 108 | 108 | 108 | 108 | 108 | 108 | 108 | 108 | 108 | 108 | 108 | 108 | 0.00 | 0 |
| 6530-MWM | OFFICE-UTILITIES-TELEPHONE | 8,000 | 667 | 667 | 667 | 667 | 667 | 667 | 667 | 667 | 667 | 667 | 667 | 667 | 0.00 | 0 |
| 6550-MWM | OFFICE-SERVICE CH/LATE FEES | 1,200 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 0.00 | 0 |
| 6560-MWM | OFFICE-SALARIES-GROSS | 131,000 | 10,917 | 10,917 | 10,917 | 10,917 | 10,917 | 10,917 | 10,917 | 10,917 | 10,917 | 10,917 | 10,917 | 10,917 | 0.00 | 0 |
| 6570-MWM | OFFICE-P/R TAXES & DCDOES | 9,600 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 800 | 0.00 | 0 |
| 6590-MWM | DC UNINCORPORATED BUS. TAX | 1,500 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 125 | 0.00 | 0 |
| 6600 | MORTGAGE INTEREST EXPENSE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0.00 | 0 |
| 7199 | TOTAL OFFICE EXPENSES | 247,000 | 20,542 | 20,542 | 20,542 | 20,542 | 20,542 | 20,542 | 20,542 | 20,542 | 20,542 | 20,542 | 20,542 | 21,042 | 0.00 | 0 |
| 7200 | TOTAL EXPENSES | 2,779,923 | 252,729 | 247,589 | 255,799 | 234,589 | 208,589 | 224,389 | 221,689 | 219,089 | 241,589 | 218,989 | 218,089 | 236,790 | 0.00 | 0 |
| 7300 | NET PROFIT/(LOSS) | 307,623- | 48,579- | 43,439- | 51,649- | 30,439- | 4,439- | 14,614- | 11,914- | 9,314- | 31,814- | 14,839- | 13,939- | 32,640- | 0.00 | 0 |